MARCH 1, 1999

No. D–1906.   IN RE DISBARMENT OF NEELY.   The rule to show cause entered January 20, 1998 [522 U. S. 1073], is discharged, and the order suspending respondent from practice of law in this Court is vacated.

No. D–2023.   IN RE DISBARMENT OF WEINBERGER.   Barrett Neil Weinberger, of Cincinnati, Ohio, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court.   The rule to show cause, issued on January 19, 1999 [*ante*, p. 1100], is discharged.

No. D–2046.   IN RE DISBARMENT OF PELLICANE.   Robert J. Pellicane, of Hauppauge, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2047.   IN RE DISBARMENT OF HESS.   Stanford Donald Hess, of Baltimore, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2048.   IN RE DISBARMENT OF WOLOSIN.   Gary Ellis Wolosin, of Cincinnati, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–44.   WALTON v. CITY OF MANASSAS; and
No. M–45.   TAYLOR v. DEPARTMENT OF HEALTH AND HUMAN SERVICES.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.